JOHNSON *v.* EQUITABLE LOAN AND SECURITY COMPANY.

113 1153
Case 1
114  151
113 1153
Case 1
115   28

LUMPKIN, P. J.   A certificate to a bill of exceptions must verify the statements therein contained unequivocally and without qualification ; and when the certificate to a given bill of exceptions fails to do this, the writ of error must be dismissed.   *Hawkins* v. *Americus,* 102 *Ga.* 786 ; *Woodruff* v. *Swann,* 105 *Ga.* 510 ; *Fort* v. *Sheffield,* 108 *Ga.* 781; *Sanges* v. *State,* 110 *Ga.* 260 ; *McCullough* v. *National Bank,* 111 *Ga.* 132, 135 ; *Taylor* v. *Howard,* 112 *Ga.* 347.                    *Writ of error dismissed.   All the Justices concurring.*

Argued June 6,—Decided July 24, 1901.

*R. L. Rodgers,* for plaintiff in error.   *W. W. Braswell,* contra.

---

LOUISVILLE AND NASHVILLE RAILROAD CO. *et al. v.* HARRISON.

COBB, J.   Even if the charges complained of were not entirely accurate in the statements of law therein contained, they were not, in view of the evidence, prejudicial to the defendants.   The newly discovered evidence was somewhat cumulative and impeaching in character, and it does not appear from the ground of the motion for a new trial based thereon that the facts set out in such evidence could not, by the exercise of proper diligence, have been discovered before or during the trial.   The evidence warranted the verdict, and no cause for reversing the judgment overruling the motion for a new trial has been shown.                    *Judgment affirmed.   All the Justices concurring.*

Argued June 7,—Decided July 24, 1901.

Action for damages.   Before Judge Estes.   Newton superior court.   December 1, 1900.

*Joseph B. & Bryan Cumming* and *J. M. Pace,* for plaintiff in error.   *E. F. Edwards, J. F. Rogers, A. D. Meader,* and *C. T. Ladson,* contra.